IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANA GRANADOS, *Petitioner*, v. VERNON LIGGINS, *et al.*,[1] *Respondents*. | Civil No.: 1:25-cv-04083-JRR |

# ORDER

Pending now before the court is Ana Granados's Petition for Writ of Habeas Corpus (ECF No. 1; the "Petition"), as well as Respondents'[2] Response to Petition and Motion to Dismiss (ECF No. 11; the "Motion to Dismiss"). For the reasons set forth on the record at the hearing convened today, it is this 22nd day of January 2026:

**ORDERED** that the Petition (ECF No. 1) shall be, and is hereby, **GRANTED in part and DENIED as moot in part** as follows: The Petition is **GRANTED** as to Count I; and otherwise **DENIED AS MOOT**. Specifically, the court finds Petitioner is subject to discretionary detention under 8 U.S.C. § 1226(a) and is not subject to mandatory detention under 8 U.S.C. § 1225(b). Therefore, Respondents shall be, and are hereby, **ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225(b); and further it is

**ORDERED** that the Motion to Dismiss (ECF No. 11) is **DENIED**; and further it is

**ORDERED** that, within 10 days of entry of this order, the Government shall arrange for Petitioner to receive an initial determination by an immigration officer on Petitioner's bond or

---

[1] Vernon Liggins was recently named Acting Field Office Director for Immigration and Customs Enforcement's Baltimore Field Office. Pursuant to Federal Rule of Civil Procedure 25(d), Madam Clerk shall substitute Vernon Liggins for Jeremy Bacon as a Respondent in this action.

[2] Respondents are referred to herein collectively as the "Government."

detention pursuant to 8 U.S.C. § 1226(a) at the Baltimore Field Office at 31 Hopkins Plaza in Baltimore, Maryland.  If the immigration officer does not release Petitioner on bond within 10 days of entry of this order, Respondents shall promptly and without delay arrange for Petitioner to have a bond/custody redetermination hearing before an immigration judge at the Immigration Court in either Baltimore, Maryland or Hyattsville, Maryland, which shall be conducted pursuant to 8 U.S.C. § 1226(a).

Madam Clerk is directed to **CLOSE THIS CASE**.

/S/

_____
Julie R. Rubin
United States District Judge